**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ROSA BARRON,<br><br>Plaintiff,<br><br>v.<br><br>ER SOLUTIONS, INC.,<br><br>Defendant. | - | PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL |

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, ROSA BARRON (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, ER SOLUTIONS, INC., (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."
3. Defendant conducts business in the state of Georgia, and therefore, personal jurisdiction is established.
4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

**PARTIES**

5. Plaintiff is a natural person residing in Lawrenceville, Gwinnett County, Georgia.
6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to

Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*.

8. Defendant is a collection agency with a business office in Houston, Texas.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, Sprint, account #: 789002660 (Defendant's account #: T-76335950).

11. Plaintiff's debt owed to Sprint arises from transactions for personal, family, and household purposes.

12. On April 15, 2010, Plaintiff's counsel faxed a cease and desist and a notice of representation letter to Defendant (Plaintiff's counsel's letter to Defendant and fax confirmation are attached as Group Exhibit A).

13. Despite receiving Plaintiff's counsel's letter (Exhibit A), Defendant communicated with Plaintiff after April 15, 2010, in an attempt to collect a debt (Defendant's letter to Plaintiff dated February 16, 2011, is attached as Exhibit B).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(2)* of the FDCPA by communicating with Plaintiff even though Defendant knew Plaintiff was represented by an attorney.

    b. Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter.

WHEREFORE, Plaintiff, ROSA BARRON, respectfully requests judgment be entered against Defendant, ER SOLUTIONS, INC., for the following:

15. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

17. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, ROSA BARRON, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED: June 28, 2011

KROHN & MOSS, LTD.

By: /s/ Shireen Hormozdi

Shireen Hormozdi
GA Bar No. 366986.
Krohn & Moss, Ltd
10474 Santa Monica Blvd.
Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 861-1390
Email: shormozdi@consumerlawcenter.com

## VERIFICATION OF COMPLAINT AND CERTIFICATION

GWINNETT COUNTY )
GEORGIA )

Plaintiff, ROSA BARRON, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ROSA BARRON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

06/24/11
Date

Rosa Barron [signature]
ROSA BARRON

# EXHIBIT A

# Lawyers United for Debt Relief

JEROME S. LAMET, ATTORNEY
P. O. BOX 81589 λ CHICAGO, IL λ 60681-0589
PHONE (877)833-5227 www.ludr.org FAX (312) 676-5841

April 15, 2010

Re: ROSA BARRON /
Account # 789002660/SPRINT

**LUDR Account # 184038**

**ENHANCED RECOVERY**
**FAX = 904-645-3009**

| PROPOSED |
|---|
| $30.00 / M |

To ENHANCED RECOVERY:

The above client, your customer, is having financial difficulties and has applied to this organization (LUDR & IFDR) for assistance with their debts. As an alternative to continued delinquency, possible legal action and / or bankruptcy, we have consented to act as trustee in a voluntary disbursement plan to creditors according to the client's ability to pay. Payment will be made on a monthly basis of **$30.00,** increased proportionately as other debts are satisfied and include all relevant account information concerning your customer.

In return, you may inquire about the status of your customer at any time by contacting us during regular business hours.

**YOUR CUSTOMER HAS GIVEN US WRITTEN AUTHORIZATION TO OBTAIN INFORMATION ABOUT THIS ACCOUNT. AS LEGAL REPRESENTATIVE FOR THIS FAMILY, WE REQUEST THAT YOU CONTACT OUR OFFICES AND NOT CONTACT THE CLIENT.**

Please confirm the exact amount owed, along with your acceptance of these terms and return this letter to the address or fax shown above. If we do not hear from you within ten (10) days of the date we sent you this letter, we will assume this agreement meets with your approval.

____ Proposal accepted as stated. Balance $__________

____ Proposal accepted with changes noted. Balance $__________ Payment needed $________ Other________

____ Proposal not accepted with reason: ______________________________________________

______________________________________________________________________

Authorized by ____________________ Date: __________ Title: ____________ Phone: ______________

Interest rates changes: ____________ Re-age account: ______________ Late charges: ____________

Fair share: [__] Deduct = ____% or [__] Bill = _____%

Thank you for your cooperation and support.

Lawyers United for Debt Relief

Jerome S. Lamet
Supervising Attorney

TRANSMISSION VERIFICATION REPORT

TIME : 04/15/2010 09:28
NAME : DEBT RELIEF CENTER
FAX : 3126765841
TEL : 3129460233
SER.# : BROK4J140541

| | |
|---|---|
| DATE,TIME | 04/15 09:27 |
| FAX NO./NAME | 919046453009 |
| DURATION | 00:00:56 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD ECM |

# Lawyers United for Debt Relief

JEROME S. LAMET, ATTORNEY
P. O. BOX 81589 λ CHICAGO, IL λ 60681-0589
PHONE (877)833-5227 www.ludr.org FAX (312) 676-5841

April 15, 2010

Re: ROSA BARRON /
Account # 789002660/SPRINT

LUDR Account # 184038

**ENHANCED RECOVERY**
**FAX = 904-645-3009**

PROPOSED
$30.00 / M

To ENHANCED RECOVERY:

The above client, your customer, is having financial difficulties and has applied to this organization (LUDR & IFDR) for assistance with their debts. As an alternative to continued delinquency, possible legal action and / or bankruptcy, we have consented to act as trustee in a voluntary disbursement plan to creditors according to the client's ability to pay. Payment will be made on a monthly basis of **$30.00**, increased proportionately as other debts are satisfied and include all relevant account information concerning your customer.

In return, you may inquire about the status of your customer at any time by contacting us during regular business hours.

**YOUR CUSTOMER HAS GIVEN US WRITTEN AUTHORIZATION TO OBTAIN INFORMATION ABOUT THIS ACCOUNT. AS LEGAL REPRESENTATIVE FOR THIS FAMILY, WE REQUEST THAT YOU CONTACT OUR OFFICES AND NOT CONTACT THE CLIENT.**

Please confirm the exact amount owed, along with your acceptance of these terms and return this letter to the address or fax shown above. If we do not hear from you within ten (10) days of the date we sent you this letter, we will assume this agreement meets with your approval.

_____ Proposal accepted as stated. Balance $__________

_____ Proposal accepted with changes noted. Balance $_________ Payment needed $_______ Other_______

# EXHIBIT B



ATERS001
PO Box 1022
Wixom MI 48393-1022
CHANGE SERVICE REQUESTED





ER Solutions, Inc. 10750 Hammerly Blvd # 200
Houston, TX 77043
Mon-Fri 8AM-5PM

MAR 1 5 2011

T-76335950-T150 491924880

Rosa M Barron
1285 Shelton Way
Lawrenceville GA 30043-5814

Date: 02/18/2011
Creditor: Sprint
Client Account #: 789002660
ERS Account #: T-76335950
Settlement in Full: $ 639.59

Principal: $1,279.18
Total Balance: $1,279.18

Dear Rosa M Barron:

This notice is being sent to you by a collection agency. The records of Sprint show that your account has a past due balance of $1,279.18. Please contact this office so we can help you resolve your account. My phone number is 866-291-6364.

Our client has advised us that they are willing to settle your account for 50% of your total balance due to clean up your past balance. The full settlement must be received in my office by an agreed upon date. If you are interested in taking advantage of this offer, call me within 45 days of this letter. Your settlement amount would be $ 639.59 to clear this account in full. Even if you are unable to take advantage of this offer, please contact me to see what terms can be worked out on your account.

Sincerely,
Jennifer Peden, 866-291-6364
Debt Collector

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

Payment of a settlement amount does not make you eligible for reinstatement of Sprint services. To be eligible for service your entire balance must be paid. Upon payment of the entire balance you may apply for new service with Sprint. You may be subject to a security deposit on each new unit you establish.

**NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION.**

222ATERS001T150

Please detach the bottom portion of this letter and return it with your payment in the enclosed envelope.

Date: 02/18/2011
Creditor: Sprint
Client Account #: 789002660
ERS Account #: T-76335950
Settlement in Full: $ 639.59

Total Balance: $1,279.18
Amount Enclosed: US ____________

Email our office or you may pay your bill online with a credit card or checking account at www.erspay.com. Your Temporary identification number is 8.76335950.524

T-76335950-T150
E R Solutions, Inc.
PO Box 9004
Renton WA 98057-9004

**New Address:**
Address: ______________________
City: ____________ ST: ____ Zip: ______
Daytime Phone: (____) ____-______
Evening Phone: (____) ____-______

0400763359500000127918000063959